IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FITZROY ELLIS,

    Petitioner,

vs.                                                             Case No. 4:13cv569-RH/CAS

MICHAEL D. CREWS,

    Respondent.
_____/

## REPORT AND RECOMMENDATION TO TRANSFER § 2254 PETITION

In October 2013, Petitioner Fitzroy Ellis, proceeding pro se, filed a "petition for writ of quo warranto with mandamus." Doc. 1. After direction by this Court, Doc. 3, Petitioner has now filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, Doc. 5. Petitioner has not paid the filing fee.

In the § 2254 petition, Petitioner challenges a judgment and sentence entered September 23, 2011, by the Seventeenth Judicial Circuit, Broward County, Florida, located in the Southern District of Florida. Doc. 1 at 1; *see* 28 U.S.C. § 89(c). Petitioner is currently incarcerated at the Liberty Correctional Facility in Liberty County, Florida, which is located in this district. Doc. 1; *see* 28 U.S.C. § 89(a). Nevertheless, because the district of conviction appears to be the most convenient and appropriate venue, this

petition should be transferred to the United States District Court for the Southern District of Florida. 28 U.S.C. § 2241(d) (providing that state prisoner may file habeas petition in district where he was convicted and sentenced or in district where he is incarcerated); S.D. Fla. R. 3.1. *See* Parker v. Singletary, 974 F.2d 1562, 1582 (11th Cir. 1992).

It is therefore respectfully **RECOMMENDED** that the case file and any service copies be **TRANSFERRED** to the United States District Court for the Southern District of Florida, for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on December 9, 2013.

S/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO PARTIES**

**Within fourteen (14) days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**